1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Jonathan.Lee@usdoj.gov
8
9  Attorneys for United States of America

FILED

Jan 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              ) CASE NO. 4:21-mj-71489-MAG
                                            )
14          Plaintiff,                      ) MOTION TO UNSEAL ENTIRE
                                            ) CASE AND ORDER
15     v.                                   )
                                            )
16  STEVEN ANTHONY QUESADA,                 )
                                            )
17          Defendants.                     )
                                            )
18  _____)

1     The United States hereby moves the Court for an order to unseal the entire case.

2     Defendant Quesada came into federal custody in Redding, California on or about January 18, 2022, and he made an initial appearance in the Eastern District of California on January 19, 2022. Therefore, unsealing the case is appropriate to allow for defendant's counsel to have access to the charging document in this case.

    In conclusion, the United States requests the Court to sign the attached order unsealing the entire case.

DATED: January 19, 2022            Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the entire case shall be unsealed.

DATED: January 19, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge